An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY PERRY OLIVER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67201

**FILED**

JUN 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from an order denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; J. Charles Thompson, Senior Judge.

In his petition filed on January 20, 2009, appellant claimed that his adjudication as a large habitual criminal pursuant to NRS 207.010(1)(b) was illegal because there was only proof of 2 prior felony convictions. This court considered and rejected a nearly identical claim on direct appeal. *See Oliver v. State*, Docket No. 51976 (Order Affirming in Part, Reversing in Part and Remanding, June 3, 2009). The doctrine of the law of the case prevents further litigation of this issue. *See Hall v. State*, 91 Nev. 314, 535 P.2d 797 (1975). To the extent that appellant's claim was different from the argument on direct appeal, appellant's claim

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

15-17657

is waived and he failed to demonstrate good cause or actual prejudice for failing to raise it on direct appeal. *See* NRS 34.810(1)(b). Accordingly, we ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Anthony Perry Oliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]We have reviewed all documents that appellant has submitted in pro se to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.